IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| OWENS CORNING, et al., | ) | Bankr. Case No. 00-3837 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| PRICE MANAGEMENT CONTROL CORP., | ) | |
| | ) | |
| Appellant | ) | |
| | ) | C.A. No. 04-1359 (JPF) |
| V. | ) | |
| | ) | |
| OWENS CORNING, et al., | ) | |
| | ) | |
| Appellee. | ) | |

## SCHEDULING ORDER

The scheduled for briefing in the above-captioned matter shall be:

| Brief | Date Due |
|---|---|
| Opening Brief | ~~June 17, 2005~~ June 1, 2005 |
| Answering Brief | ~~July 18~~, 2005 June 15, 2005 |
| ~~Reply Brief~~ | ~~August 2, 2005~~ |

SO ORDERED this 18ᵉ day of April, 2005

_____
The Honorable Judge John P. Fullam

DISTRICT OF DELAWARE
APR 18 4 21 PM '05
FILED