Richard H. Cross, Jr.
Christopher P. Simon
Judy M. Jones
Nancy Walsh Law
Donna L. Harris
Amy E. Evans
Erica L. Niezgoda
Sean T. O'Kelly
Kristen Healey Cramer

**CROSS & SIMON, LLC**
ATTORNEYS AT LAW
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DELAWARE 19801
302-777-4200 / 302-777-4224 (FAX)
e-mail: sokelly@crosslaw.com
www.crosslaw.com

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE 19899-1380

April 11, 2005

**VIA FIRST CLASS MAIL**

The Honorable Judge John P. Fullam
U.S. District Court, Eastern District of Pennsylvania
Room 15614
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1780

    Re:    *Price Management Control Corp. adv. Owens-Corning*
            C.A. No. 04-1359 (JPF)

Dear Judge Fullam:

    I represent Price Management Control Corp. in the above-referenced matter. As I mentioned in my April 8 letter to Your Honor, the parties were unaware until recently that the appeal of this matter involving Debtor Owens Corning, *et al.*, was assigned to Your Honor and that the matter would not first be mediated.

    Accordingly, the parties have mutually agreed upon a proposed briefing schedule, subject to Your Honor's approval:

        Opening Brief – due June 17, 2005
        Answering Brief – due July 18, 2005
        Reply Brief – due August 2, 2005

    A proposed form of order is enclosed for Your Honor's consideration.

    The parties are available at Your Honor's convenience in the event of any questions or comments.

                               Respectfully,

                               Sean T. O'Kelly

cc:    Janet Kathleen Stickles
       Dan Chemers
       File Copy