## CERTIFICATE OF SERVICE

I, Sean T. O'Kelly, hereby certify that on June 1, 2005 a true and correct copy of Appellant's Opening Brief was served upon the following individual(s) as indicated:

**HAND DELIVERY**
Saul Ewing LLP
Norman Prenick, Esq.
J. Kate Stickles, Esq.
222 Delaware Ave.
Suite 1200
Wilmington, DE 19899

**BY FACSIMILE**
Saul Ewing, LLP
Daniel Chemers, Esq.
100 South Charles Street
15th Floor
Baltimore, MD 21201

Sean T. O'Kelly (Bar I.D. No. 4349)