# Exhibit  A

26

 1      you know, of authority in financial decisions,

 2      see, I can't tell you what it was in '93 or '95

 3      without going back and finding that out.  Okay?

 4   Q  Uh-huh.

 5   A  But normally what would happen, I would know about

 6      what that is, okay, and if it's -- if it's

 7      within -- if it's just a little bit over, I'd say

 8      yeah, go get the okay.  If it's significantly

 9      over, I'll have to go to a meeting personally and

10      use my position to make sure everybody understands

11      how important it is, but it's all within the

12      magnitude of the issue we're looking at, no matter

13      what it is.  That's just sound business controls.

14      We had them in place at Owens Corning.

15   Q  When did you first discuss hedging asphalt with

16      Mr. Mitchell?

17   A  I couldn't put a date on it.

18   Q  Did he bring the subject to you or was it

19      something you asked him to go investigate?

20   A  I believe I asked him to investigate it.  I

21      believe that I was probably one of the drivers in

22      the -- in taking a closer look at hedging, hedging

23      as I know it, you know, which is very difficult

24      with flux.

25   Q  What caused you to ask Mr. Mitchell to look into

# Exhibit B

29

| | | |
|---|---|---|
| 1 | A | As I recall, Mr. Snyder's background in swaps had |
| 2 | | to do with interest rates and currency.  I don't |
| 3 | | think he had ever done anything with products. |
| 4 | Q | Was there anybody else other than Mr. Snyder that |
| 5 | | you discussed these concepts with? |
| 6 | A | Ed Mirra. |
| 7 | Q | What did you discuss with Mr. Mirra regarding |
| 8 | | potentially engaging in swap transactions or |
| 9 | | hedging programs? |
| 10 | A | That there might be something useful for us. |
| 11 | Q | Did Mr. Mirra have any experience with these sort |
| 12 | | of transactions? |
| 13 | A | I don't know.  I don't believe so. |
| 14 | Q | Did he agree or disagree or have no opinion |
| 15 | | regarding what you told him? |
| 16 | A | I think he felt it was worth investigating. |
| 17 | Q | At that time, early '97, what was Mr. Mirra's |
| 18 | | position? |
| 19 | A | He was vice-president for the -- I believe at the |
| 20 | | time it was called roofing products operating |
| 21 | | division. |
| 22 | Q | Did you report to Mr. Mirra at that time? |
| 23 | A | This was in '97.  No, I would have reported to |
| 24 | | Mr. LeCorchick. |
| 25 | Q | Okay.  At some point in time did you report to |

# Exhibit C

| | |
|---|---|
| **From:** | Beery, Corinne |
| **Sent:** | Monday, October 19, 1998 8:02 AM |
| **To:** | Mitchell, Mike G. |
| **Cc:** | Beery, Corinne |
| **Subject:** | 902 for PMCC |

Mike,

When you obtain the signed contract and the sign off from legal please forward to me the signed contract and approval from
law -- I will then approve the 902.

Thanks

Corinne Beery

| | |
|---|---|
| **From:** | Brooks, Rhonda |
| **Sent:** | Saturday, October 17, 1998 2:40 PM |
| **To:** | Beery, Corinne |
| **Cc:** | Mitchell, Mike G. |
| **Subject:** | FW: 902 for PMCC |

Approved with cap of $25M

| | |
|---|---|
| **From:** | Knittle, Patrick |
| **Sent:** | Friday, October 16, 1998 11:42 AM |
| **To:** | Brooks, Rhonda |
| **Cc:** | Krull, Stephen K.; Mitchell, Mike G.; LeCorchick, Tom |
| **Subject:** | FW: 902 for PMCC |

Rhonda:
Based on the size of risk we have next year on flux costs, I believe we have an obligation to fully explore alternatives like hedging. I would cap this at $25M given the fact Trumbull admin costs are already over budget $39M right now.
If you approve, please forward to Corinne Beery with a cc: to Mike Mitchell so he can get execute a final agreement.
<<Message: RE: 902 for PMCC>>
Patrick

| | |
|---|---|
| **From:** | LeCorchick, Tom |
| **Sent:** | Sunday, October 11, 1998 5:55 PM |
| **To:** | Knittle, Patrick; Mitchell, Mike G. |
| **Cc:** | Mirra, Ed; Masters, Tom |
| **Subject:** | RE: 902 for PMCC |

I'm very skeptical about his ability to deliver a meaningful program. He couldn't answer the basic questions when I asked them in his meeting. He didn't seem to be very knowledgeable about the consolidations that are occurring. If he is just going to give us historical data we have that. These consolidations are going to change the refining business and historical data may be meaningless. I'm willing to go for $26m and hope he brings something home.

Tom L.

| | |
|---|---|
| **From:** | Mitchell, Mike G. |
| **Sent:** | Friday, October 09, 1998 12:45 PM |
| **To:** | Knittle, Patrick |
| **Cc:** | LeCorchick, Tom; Mirra, Ed; Masters, Tom |
| **Subject:** | RE: 902 for PMCC |

| | |
|---|---|
| **From:** | Knittle, Patrick |
| **Sent:** | Friday, October 09, 1998 8:13 AM |
| **To:** | Masters, Tom; Mitchell, Mike G. |
| **Cc:** | LeCorchick, Tom; Mirra, Ed |

OC/PMCC10034

FORM 902

| Request for approval of outside services fees | |
|---|---|

Location: Toledo

902 Number

Prepared By: Michael G. Mitchell

Project Title: Asphalt Hedging Alternatives

Name of individual or firm to furnish service: Price Management Control Coproration

| Estimated Starting Date | Estimated Completion Date | Level of Approval Required | Number of Competitive Proposals Received | SAP Account, Cost Center, & Company Code | Current Amount Requested | |
|---|---|---|---|---|---|---|
| | | | | 819030 | Fee | $22,500 |
| | | | | 12176201 | Expenses | $4,000 |
| Oct-98 | Dec 98 | President RSB | 0 | 4000 | Total | $26,500 |

Describe scope and benefits of the proposed service and relationship to other projects now underway with this individual or firm. List and describe tangible and intangible benefits of the project; most benefits should be quantified.

Price Management Control Corporation (PMCC) has extensive background preparing hedging programs on petroleum products. They have looked at our asphalt purchases and, even though there is not a market for asphalt, see opportunites for various hedging techniques using mathmatical data and product cost filters to give Owens Corning the ability to fix the cost of our asphalt purchases at favorable levels. Our ability to save $1.00 a barrel on the asphalt we use to make coating for the Owens Corning roofing plants is worth $5,000,000. PMCC would receive additional compensation based on a percentage of our net gains as described in item 2. page 10 of the attachment.

Explain why the proposed services cannot be performed by OWC employees. Include alternatives available, if any exist, to employing this organization.

There is no one with the background or the data base to perform this function. No known alternative service provider exists.

Estimated Cash Payment timing (show amount by quarter during the period of engagement)

Amount budgeted for this service in the current year                $0
(If less than amount requested, indicate source of additional budget)

| Payments to Consultant $ | Total Project Cost Associated Costs $ | | Total $26,500 |
|---|---|---|---|

| Reviewed or Approved By | | Date | Approved By | | Date |
|---|---|---|---|---|---|
| | | | Law Depart. | | |
| | | | Division V.P. | | |
| | | | Executive of Senior V. P. | | |
| Division Controller | | | Chief Executive Officer | | |

Completed form should be sent to Corinne Beery, WHQ 2G

Ex. 75
x8 4/1/04

OC/PMCC10032

**From:**     Mirra, Ed
**Sent:**     Saturday, October 03, 1998 5:47 AM
**To:**       Knittle, Patrick
**Cc:**       LeCorchick, Tom; Mitchell, Mike G.; Masters, Tom
**Subject:**  FW: 902 for PMCC

Patrick, I approved this and strongly support it, particularly with the outlook of continued turmoil in world wide oil and probably rising prices.

                                                    Ed

**From:**     Mitchell, Mike G.
**Sent:**     Friday, October 02, 1998 5:40 PM
**To:**       Mirra, Ed
**Subject:**  902 for PMCC
Here is the 902.  The fax has the confidentiality agreement as well as the contract draft and attachment.



mangan



fax1.tif

OC/PMCC10033

Exhibit D

37

1           you?

2    A    I don't know if I would categorize them as hedging

3         strategies or swap strategies.

4    Q    You would categorize them more as swap; is that

5         what you're saying?

6    A    In my terminology I would, yes.

7    Q    Let me ask you this.  In your terminology, what's

8         the difference between a swap and a hedge?

9    A    In my terminology a swap is strictly a financial

10        position on a known product, be it crude or

11        gasoline or whatever.  A hedge may involve

12        something more than that in terms of buying

13        options and may be more of a program than just

14        this type transaction.  Now, whether that's the

15        actual definitions or not, you know, that's the

16        way I think about it.

17   Q    Okay.  It's important to understand how you think

18        about it.  We've talked about how after your

19        March, '97 meeting you had continuing discussions

20        with Mr. Zoller and Mr. Mangan.  At some point did

21        you request that Mr. Mangan provide you a contract

22        for services?

23   A    At some point he provided it.  Whether I requested

24        it or it was a mutual agreement, I don't know, but

25        he did supply a draft contract, I will call it a

38

1          draft contract, the first contract.

2     Q    Showing you what's been previously marked as

3          Exhibit 46, consulting proposal for Owens Corning,

4          addressed to you, dated November 21, 1997, Bates

5          PMCC272 through 288.  I believe you just testified

6          at some point you and Mr. Mangan agreed that he

7          would provide you a draft contract; is that right?

8     A    That's correct.

9     Q    Is Exhibit 46 -- do you understand Exhibit 46 to

10         be the draft contract that you were discussing?

11    A    That's my recollection, yes.

12    Q    What did you do with this consulting proposal once

13         you received it?

14    A    I reviewed this -- as I recall, I reviewed this

15         with Mr. LeCorchick, and as I recall -- as I

16         recall, I also gave a copy to legal.

17    Q    I'm sorry, did you say you reviewed it with

18         Mr. LeCorchick?

19    A    As I recall, yes.

20    Q    What did you and Mr. LeCorchick discuss about the

21         contract or the proposed contract?

22    A    It was a proposal, it appeared to be daunting in

23         terms of the number of tasks to be completed, and

24         there were -- you know, there were options as far

25         as, you know, how we might engage in it from a