IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: OWENS CORNING, *et al.* <br> Debtors. | Bankruptcy Case No. 00-3837 <br> (Jointly Administered) |
| Price Management Control Corporation, <br><br> Appellant, <br> v. <br><br> Owens Corning, <br><br> Appellee. | Civil Action No. 04-1359 JPF |

### NOTICE OF APPEAL

Notice is hereby given that Price Management Control Corporation ("PMCC") in the above named case hereby appeals to the United States Court of Appeals for the Third Circuit from an Order affirming the Order of Bankruptcy Judge Judith K. Fitzgerald granting summary judgment in favor of Owens Corning and against Price Management Control Corporatin, Docket No. 10, entered in this action on July 28, 2005. This Notice is given pursuant to 28 U.S.C. § 1291, and in conformance with Fed. R. App. P. 3(a)(1) and 4(a)(1)(A).

Respectfully submitted,

*/s/ Sean T. O'Kelly*
Richard H. Cross, Jr. 9no. 3576)
Sean T. O'Kelly (No. 4349)
CROSS & SIMON, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
302-777-4200 / 302-777-4224 (fax)

Attorneys for Price Management
Control Corporation

Dated: August 29, 2005