## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that copies of the foregoing NOTICE OF APPEAL were served, this 29th day of August, 2005, on the following attorneys of record as indicated:

**HAND DELIVERY**
Saul Ewing LLP
Norman Prenick, Esq.
J. Kate Stickles, Esq.
222 Delaware Ave.
Suite 1200
Wilmington, DE 19899

**BY FACSIMILE**
Saul Ewing, LLP
Daniel Chemers, Esq.
100 South Charles Street
15th Floor
Baltimore, MD 21201

Sean T. O'Kelly (No. 4349)