UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-4044

In Re: Owens Corning, et al.

Price Management Control Corporation, Appellant

(Delaware District Court No. 04-cv-01359)
(Delaware Bankruptcy Court No. 00-3837)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR Misc. 107.2,

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute;

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

Marcia M. Waldron

Clerk

Date: December 5, 2005

cc:
    Norman L. Pernick, Esq.
    J. Kate Stickles, Esq.
    Richard H. Cross Jr., Esq.
    Sean T. O'Kelly, Esq.
    Frank J. Perch III, Esq.

A True Copy:

Marcia M. Waldron, Clerk